UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:14-CV-8-F

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY COMPANY, Plaintiff | ) ) ) ) | |
| v. | ) ) ) | ORDER |
| BEACH MART, INC. and L&L WINGS, Defendants. | ) ) ) ) | |

This matter is before the court on the parties' consent motion to stay this case [DE-15]. Because this insurance declaratory judgment action is related to another case pending before this court, Beach Mart v. L&L Wings, No. 2:11-CV-44-F, and that case is currently stayed, the parties request a stay until the litigation in case 2:11-CV-44-F is reopened. For good cause shown, the motion is ALLOWED and the proceedings in this case, including all current deadlines, are hereby STAYED. Counsel is DIRECTED to notify the court when they are prepared to reopen this case. If counsel has not reopened this case within two months of case no. 2:11-CV-44-F being reopened, counsel is DIRECTED to provide the court with a status report regarding this case. The status report should provide the court with an estimated time frame within which this case will be reopened. Failure to file the status report may result in dismissal of this action for failure to prosecute.

SO ORDERED.

This the 5th day of May, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

2