IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CV-8-BO

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CAUSALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BEACH MART, INC. and L&L WINGS, INC.,<br><br>Defendants. | ORDER |

This cause comes before the Court on plaintiff's consent motion to lift the stay. For good cause shown, the motion [DE 33] is GRANTED and the stay previously entered in this matter is hereby LIFTED. Defendants shall answer the complaint within seven (7) days of the date of entry of this order. Potentially dispositive motions shall be filed within twenty-one (21) days of the date of entry of this order. Responses shall be filed within ten (10) days of the filing of the motions. The time to file a reply is limited to five (5) days from the filing of a response.

SO ORDERED this 25th day of September, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE