**IN THE GENERAL COURT OF JUSTICE**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION COURT DIVISION**
**2:14-CV-00008-FL**

| | |
|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **BEACH MART, INC.,** <br><br> **Defendant.** | **PLAINTIFF'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS** |

NOW COMES the Plaintiff, Pennsylvania National Mutual Casualty Insurance Company, by and through counsel, and produces the following documents pursuant to Eastern District of North Carolina Local Rule 56.1 as part of its Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment:

1. Pennsylvania National Mutual Casualty Insurance Company's Businessowners Liability Insurance Policies (4 total) for coverage years 2008-2012;

2. Pennsylvania National Mutual Casualty Insurance Company's Umbrella Liability Insurance Policies (4 total) for coverage years 2008-2012;

3. Beach Mart's Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents;

4. Beach Mart's Responses to Plaintiff's Second Set of Interrogatories and Request for Production of Documents;

5. Beach Mart's Supplemental Responses to Penn National's First Set of Interrogatories and Request for Production of Documents;

6. Deposition Transcript of Wendy Ray;

7. Deposition Transcript of Israel Golasa;

8. Deposition Transcript of Bryan Tilden;

9. Deposition Transcript of Crouse Gray;

00368C.00002

10. Deposition Transcript of Art DeBaugh;

11. Deposition Transcript of Jack Hicks;

12. Deposition Transcript of David Brown;

13. Exhibit 15 from the Deposition of Gregory Gross;

14. Complaint from the Underlying Action dated September 9, 2011;

15. L&L Wings Answer and Counterclaim from the Underlying Action dated November 22, 2011;

16. L&L Wings Answer to First Amended Complaint and Counterclaims from the Underlying Action dated February 23, 2017;

17. L&L Wings Second Amended Complaint from the Underlying Action dated February 23, 2017;

18. L&L Wings Answer to Beach Mart, Inc.'s Counterclaims from the Underlying Action dated December 4, 2017;

19. Order on Discovery Sanctions from the Underlying Action dated October 3, 2014.

This the 15th day of October, 2021.

**Hedrick Gardner Kincheloe & Garofalo LLP**

By: */s/ David L. Levy*
**David L. Levy**
**NC State Bar No. 34060**
**6000 Fairview Road, Suite 1000**
**Charlotte, NC 28210**
**Phone: 704-319-5426**
**Fax:     704-602-8178**
**Email: dlevy@hedrickgardner.com**
*Attorney for Plaintiff*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 15, 2021 I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of filing to the following Attorneys of Record:

Stephen F. Shaw
Womble Bond Dickinson (US), LLP
300 N. Greene St., Suite 1900
Greensboro, NC 27401
stephen.shaw@wbd-us.com
jon.sink@wbd-us.com
Fax: 336-574-4521
*Attorneys for Beach Mart, Inc.*

Charles A. Burke
Womble Bond Dickinson (US) LLP
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
charles.burke@wbd-us.com
*Attorney for Beach Mart, Inc.*

**This the 15th day of October, 2021.**

<u>*/s/ David L. Levy*</u>
**DAVID L. LEVY**
**NC State Bar No. 34060**

00368C.00002