A.   Yes, sir.

Q.   What was that?

A.   That Beach Mart won.

Q.   Okay.  And do you know what the status of any counterclaims was either during or prior to that trial?  Those are claims by L&L against Beach Mart. Do you know what happened to any of those claims?

A.   I saw a note in the claims file that one was dismissed with prejudice, with sanctions.  And then there was a question would Penn National seek reimbursement of legal fees.  And the file went black again with redactions.  And then I understand in talking with Womble that a -- a judgment was rendered in Beach Mart's behalf.

Q.   Okay.  No money at all was awarded to L&L. True enough?

A.   Correct.

Q.   Beach Mart does not owe one penny to L&L Wings and shouldn't owe one penny to L&L Wings.  Are you good with that?

A.   As long as the appeals don't occur, I -- I will agree with that.

Q.   Okay.  Getting back to this issue of hiring of defense counsel, what inquiry did you personally make into the qualifications, appropriateness,

Chaplin & Associates, Inc.
www.chaplinandassociates.com

Case 2:14-cv-00008-FL    Document 150-2    Filed 08/14/23    Page 1 of 3

**EXHIBIT**

**B**

competency of David Brown and his firm to come in and to have defended the counterclaims asserted by -- or -- or those counterclaims that were pending against Beach Mart as of the time that he was engaged?

A. I know Mr. Brown and have dealt in other matters with Mr. Brown.

Q. Yes, sir.

Q. And I know his law firm, and I don't feel qualified to say he is a better or a worse attorney than anybody else.

Q. You know that he's been around for a good long while, haven't you?

A. He's my age.

Q. Well, I don't mean that. I mean that as a compliment, not -- not as a ---

A. Yeah.

Q. --- disparaging remark.

A. Yeah.

Q. I mean, I think you probably know that.

A. Yeah.

Q. I've sat in trials with Mr. Brown. I'm just going to represent that to you. I have sat side by side with Mr. Brown in trial as recently as three years ago. Have you ever observed Mr. Brown in trial?

A. Not at trial.

Chaplin & Associates, Inc.
www.chaplinandassociates.com
transcripts@chaplinandassociates.com

Q. Okay. Have you ever observed Mr. Brown in court?

A. Not in court.

Q. Okay. Have you ever received any education from Mr. Brown?

**A. If my memory serves me correct, I was on the committee that drafted the mold endorsement for the homeowners' policy, and he was counsel to the North Carolina Rate Bureau. And so I got a lesson that day.**

Q. Yes, sir. Sir, you're not going to offer any opinions in this case about whether or not Mr. Brown was competent, qualified or otherwise had the appropriate requisite experience to come in and to have defended, as he did and his firm did, Beach Mart in this underlying case, true?

**A. That's correct.**

Q. Are you prepared to offer any opinions concerning the selection of defense counsel by Penn National for Beach Mart in this case?

MR. SHAW: Objection.

**THE WITNESS: Other than not discussing the issue or explaining the issue to Beach Mart, no, sir.**

Q. (Mr. Levy) Okay. Did you make any inquiry of counsel or of Beach Mart directly, independent of

Chaplin & Associates, Inc.
www.chaplinandassociates.com
transcripts@chaplinandassociates.com

Case 2:14-cv-00008-FL   Document 150-2   Filed 08/14/23   Page 3 of 3